

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: August 7, 2023

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DISTRICT

IN RE:   CASEY JAMES COTTON                                              CHAPTER 7
                                                                          NO. 21-50399 KMS

## ORDER DENYING MOTION TO REOPEN (DKT 248)

THIS CAUSE having come before the Court for consideration of the Crabtree's Motion to Reopen Chapter 7 (Dkt 248), Response filed by the Debtor (Dkt 253), and Reply filed by the Crabtrees (Dkt 258). A hearing was held on July 6, 2023. Michael Ramsey appeared on behalf of the Debtor. Samuel McHard and Jarrett Little appeared on behalf of the Crabtrees. Having considered the Motion, the Response, the Reply, and the arguments of the parties, the Court finds that the Motion should be denied for the reasons stated at the hearing.

IT IS THEREFORE ORDERED AND ADJUDGED THAT the Motion to Reopen Chapter 7 is hereby denied.

##END OF ORDER##

Order Submitted By:
Michael Ramsey, Atty for Debtors
Sheehan & Ramsey, PLLC
429 Porter Ave.
Ocean Springs, MS 39564
(228) 875-0572
MS Bar No 104978